# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

RONALD WAYNE BEALL,  )
        )
   Petitioner,  )   2: 10-cv-00189-PMP-RJJ
        )
vs.  )
        )   **ORDER**
JAMES A. BENIDETTE, *et al.*,  )
        )
   Respondents.  )

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. The court entered judgment for respondents in this case on September 14, 2010. (Docket #24.) Petitioner filed a notice of appeal on September 30, 2010. (Docket #25.)

On December 20, 2010, petitioner filed a motion for default judgment. (Docket #29.) This motion is **DENIED as moot**, as judgment was previously entered in the case. No further documents shall be filed in this case.

DATED: January 5, 2011.

PHILIP M. PRO
United States District Judge